## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| ONOFRIO POSITANO, | : | No. 179 MM 2016 |
| | : | |
| Petitioner | : | |
| | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| | : | |
| PENNSYLVANIA CARDIOTHORACIC | : | |
| SURGERY, INC., MICHAEL D. | : | |
| HAROSTOCK, M.D., WILKES-BARRE | : | |
| GENERAL HOSPITAL, LUZERNE | : | |
| COUNTY COURT OF COMMON PLEAS, | : | |
| AND JUDGE RICHARD HUGHES III, | : | |
| | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 23rd day of January, 2017, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of Mandamus is **DENIED**. The Prothonotary is **DIRECTED** to strike the name of the jurist from the caption.